UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L. D. GRAHAM,

        Plaintiff,

  v.

ANDREW SAUL,

        Defendant.

No. C 19-03233 WHA

**ORDER VACATING DISMISSAL AND RE-OPENING CASE**

Following denial of plaintiff Graham's request to proceed *in forma pauperis* and the imposition of deadlines to pay the filing fee in two installments, an order dated November 21, 2019, dismissed Ms. Graham's case for failure to timely pay the second installment (Dkt. No. 16). It appears the Court erred. Ms. Graham did timely pay the second installment on October 22, 2019, but, for whatever reason, the docket failed to reflect this fact. The docket has now been corrected. Ms. Graham moves to vacate the judgment under Rule 60 (Dkt. No. 17). The Commissioner does not object (Dkt. No. 18). The motion is **GRANTED**. The clerk shall please reopen the file.

The parties shall please proceed according to the case management scheduling order (Dkt. No. 4). Though the Commissioner has already answered and filed the certified administrative record, the parties shall please proceed as though the Commissioner filed those documents on the date of this order. Ms. Graham's motion for summary judgment or to remand is due in **28 DAYS**, and the Commissioner's response or cross-motion is due **28 DAYS** after that.

**IT IS SO ORDERED.**

Dated: October 1, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE